UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                                Proceeding Date: March 16, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                **DOCKET NO. 15-6273 (RBK/AMD) and**
**Est. of Allen, et al**                          **16-4216(RBK)**
v.
**Cumberland County, et al**

&

**Est of Hennis, et al**
v.
**Cumberland County, et al**

**APPEARANCES:**
Conrad Benedetto, Esq. for plaintiffs
Greg DiLorenzo, Esq. for defendants Cumberland County and Balicki
Stephen Holtzman, Esq. for defendants CFG Health and Garcia

**NATURE OF PROCEEDINGS:** Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

                                                              *s/Susan Bush*
                                                              **DEPUTY CLERK**

Time Commenced: 2:16 p.m. Time Adjourned: 2:26 p.m. Total time: 10 mins.