UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VINCINAGE

| | |
|---|---|
| THE ESTATE OF ALISSA ALLEN, by and through its Administrator Ad Prosequendum,: Christine Allen, and Christine Allen, in her own Right     *Plaintiffs* <br> v. <br> Cumberland County, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, & CFG Health Systems, LLC     *Defendants* | Case No.: 1:15-cv-06273 <br><br> CERTIFICATION IN SUPPORT OF ATTORNEY'S COSTS |

Conrad J. Benedetto, Esquire of full age, hereby certifies as follows:

1. I am an attorney and am entrusted with the management of the above-captioned matter on behalf of the Estate of Alissa Allen, by and through Christine Allen, Administratrix Ad Pros for the Estate.

2. Attached hereto as Exhibit "A" is a copy of the itemization of costs in this matter. The costs and expenses are delineated by providers, vendors, and experts retained for the prosecution of this case, and the administration and services provided for the Estate of Alissa Allen.

3. Dr. Jeffrey A. Schwartz was retained, to review the entire case file, serve as a consultant throughout discovery, tour the jail and provide an expert report regarding jail policies and procedures.

    A. As part of his work for the Allen case, Dr. Schwartz traveled to New Jersey and toured the Cumberland County jail. The expenses and time for the trip were allocated equally among the four suicide cases of Hennis, Lewis, Watson and Allen.

    B. Regarding Allen, Dr. Schwartz reviewed jail records and CFG medical and mental health records, as well as her criminal and incarceration history. He reviewed the autopsy and the toxicology/pathology reports. He reviewed pleadings, various motions and the Court Opinion and order for summary judgement. He still was actively working on this case as he reviewed the DOJ Report of January 14, 2021.

C. Dr. Schwartz reviewed depositions for the Allen case, including exhibits to those depositions. The depositions included those for Melanie Loatman, Robert Mendibles, Michael Floyd, Denise Rahmann, Richard Serrano, Michael Fowlkes, Frances Santos, Michael Puglise, Douglas Niemeyer, Christine Allen, Nicole Allen, Amanda Allen, Marc Allen, Ralph Dean Allen, Michael Palau, William Hollbrook, Joanne Gonzalez, Tracey Reed, Charles Siebert, Stan Smith, Lawrence Guzzardi and Robert Balicki.

D. Dr. Schwartz formulated deposition questions for Loatman, Balicki, Reed, Gonzalez, and Palau as well as the CFG 30b6 witness. He assisted with drafting interrogatories and requests for documents.

E. Additionally, Dr. Schwartz reviewed the relevant Defense expert reports, mortality and morbidity reviews and psychological autopsies. He reviewed the CFG proposal to Cumberland County and its contract for the CCJ. He also reviewed the CCJ policies and procedures, CFG policies and procedures, and answers to interrogatories.

F. Throughout the course of his engagement Dr. Schwartz participated in numerous telephone calls and conferences with John Kusturiss. Alyssa Poole, paralegals and myself.

G. Dr. Schwartz's final Rule 26 report is dated February 27, 2019. The report is 84 pages with appendices.

H. Dr. Schwartz spent a total of 60.75 hours on this case which totals the time spent specifically on this case in addition to twenty-five percent of the shared time for the four settled suicide cases Dr. Schwartz at his then standard rate for case study and preparation of $250.00 per hour, or $15,187.50. The pro rata share of time and expenses for the CCJ facility inspection, was $2,818.75. Thus, the total billed for this case was $18,006.25.

4. Dr. Charles Siebert was retained to review the autopsy report, all notes and photographs associated with the autopsy report. Dr. Seibert provided a report to analyze the cause of death and opine on the Decedent's pain and suffering. Dr. Seibert's report was dated June 5, 2018. The report is 3 pages.

A. Regarding the Allen case, Dr. Siebert reviewed the CFG Morbidity and Mortality Review, the Psychological Autopsy of Joanne Gonzalez, Cumberland County Prosecutors Office reports of Dominick Patitucci and Bill Edminster, Incident Reports of Officers Loatman, Escobar and Cotto and Incident Reports of Sgts. Mendibles and Russell. He also reviewed the Autopsy and Toxicology Report of Dr. Hood, and 72 printed scene and autopsy photographs.

B. Dr. Siebert participated in a number of consultations and telephone conferences with John Kusturiss and myself to discuss aspects of suicide, the facts relevant to Alissa Allen's suicide, a review of his report and to prepare for his depositions of November 8, 2018 and August 14, 2019.

C. Dr. Siebert spent 26.5 hours on the suicide cases of Hennis, Lewis, Watson and Allen at his standard billing rate of $400.00 per hour. $2,750.00 for Dr. Siebert's services was allocated to the Allen case.

5. Dr. Stan V. Smith was retained to review Decedent's work history, earning capacity, and the economic impact caused by his death. Dr. Smith's report was dated February 25, 2019. The report is 146 pages.

A. Regarding the Allen case, Dr. Smith participated in discussions with Plaintiffs' counsel and her family. He gathered data performed a review of the case file materials, analysis, and preparation of loss evaluation report.

B. Dr. Smith also performed an additional claimant's analysis. He interviewed Christine Allen, Ralph Dean Allen, Marc Allen, Christopher Allen, Amanda Allen, Brandan Allen, and Kayla Allen. Dr. Smith spent time for preparation of his deposition testimony and participated in a deposition on June 27, 2019.

    C.    Dr. Smith also performed review and analysis of the Defense economic report by Staller & Dripps, prepared potential deposition questions and a rebuttal comment letter. The expenses for Dr. Smith's services in the Allen case was $7,903.50.

6.    Dr. Lawrence Guzzardi was retained to review the entire case history, tour the jail and give consulting services throughout discovery concerning issues involving toxicology, mental health and medical care and response of jail and CFG personnel, and participated in tour of the Cumberland County jail. Dr. Guzzardi's report was dated February 23, 2019. The report is 11 pages.

    A.    Regarding the Allen case, Dr. Guzzardi reviewed the following from the CCJ:

New Admittance Intake Screening; Medical History Screening Form; Intake Mental Health Screening and Assessment; Inmate Visitation Form; Commitment/Refusal Form; CAGE/CIWA Assessment; Intake Admission Orders; and Physician Orders for Hydration and Medication.

    B.    From CFG Health Systems, Dr. Guzzardi reviewed the following:

CFGHS Chart for Alcohol/Drug Withdrawal; Nursing Withdrawal Protocol; and Problem List.

    C.    In addition, Dr. Guzzardi reviewed the autopsy report of Alissa Allen conducted by Ian Hood, M.D. CFG Morbidity and Mortality Review, Lock Down Book Record "A-Pod" (Alissa Allen), and various general memos regarding suicide per Warden Robert Balicki.

    D.    Dr. Guzzardi also reviewed the Memos/Incident Reports pertaining to Alissa Allen's suicide, the Cumberland County Prosecutors Investigation Report and Supplemental Report, the Melanie Loatman Hearing Outcome, CCDOC Policies and Procedures, CFG Policies and Procedures and the New Jersey Administrative Code.

    E.    Dr. Guzzardi reviewed the depositions of the following:

        Christine Allen;
        Richard Serrano;

        Amber Garcia;

        Denise Rahaman;

        Robert Balicki;

        Joanne Gonzalez;

        Sgt. Ortiz;

        Cpt. Palau;

        Melanie Loatman;

        Robert Mandibles;

        Michael Fowlkes; and

        Douglas Niemeyer

F. On May 21, 2018, Dr. Guzzardi toured the Cumberland County jail.

G. Dr. Guzzardi also spent considerable time reviewing the Department of Justice Report of January 14, 2021.

Dr. Guzzardi actively worked on the Allen case from 2015 until 2021. During that time, he participated in many telephone calls and conferences with John Kusturiss, Alyssa Poole, various paralegals and myself. He spent time to prepare for his deposition.

H. Dr. Guzzardi spent a total of 37 hours on this case which totals the time spent specifically on this case in addition to twenty-five percent of the shared time for the four settled suicide cases, Dr. Guzzardi allocated 9 hours for review of records as detailed above, 16 hours for review and annotation of depositions reviewed for the Allen case and allocated 3 hours for his in-person tour of the CCJ. In addition, Dr. Guzzardi reported 9 hours for preparation of his report in Allen, and for the time he allocated to Allen for his preparation of and participation in his deposition.

Dr. Guzzardi's invoice for professional services in this matter is $14,795.00.

7. For the Allen case, the depositions were delineated as follows:

    A. **Di Piero Court Reporting**

| Invoice | Charge |
|---------|--------|
| 71554 | $203.52 |
| 73933 | $432.00 |
| 71327 | $249.00 |
| 71449 | $156.69 |
| 71479 | $145.06 |
| 71486 | $278.58 |
| 72313 | $182.93 |
| 72330 | $757.35 |
| 72598 | $768.71 |
| 73757 | $535.00 |
| 74098 | $273.00 |
| 59058 | $675.90 |
|       | $4,654.19 |

The witnesses were Diane Ortiz, Vernita Johnon, John Ryan, Melanie Loatman, Francis Santos, Michael Fowlkes, Richard Serrano, Amber Garcia, Natalie Bender, Clayton Rowe, Jason Lamb, Christine Allen, and Ralph Dean Allen.

**B.     CSR Associates**

| Invoice | Charge |
|---------|--------|
| 59037 | $600.00 |

The witnesses were Christopher Allen, Nicole Allen, Amanda Allen, and Marc Allen.

**C.     Wyble Reporting**

| Invoice | Charge |
|---------|--------|

6

| Invoice | Charge |
|---------|--------|
| 19142 | $60.00 |
| 19150 | $251.10 |
| 19141 | $412.14 |
| 19178 | $138.41 |
| 19093 | $634.36 |
| 18231 | $542.29 |
| 18267 | $269.30 |
| 19008 | <u>$148.18</u> |
|  | $2,455.78 |

The witnesses included Dr. Schwartz, Dr. Smith, Dr. Siebert and Dr. Guzzardi.

### D. Degnan & Bateman

| Invoice | Charge |
|---------|--------|
| 95973 | $286.55 |
| 94765 | <u>$541.18</u> |
|  | $827.73 |

8. The fees and costs associated with the administration of the Allen Estate are $190.00 filing fees with Cumberland County Surrogate to obtain letters for administration ad pros and for general administration with one short certificate. A fee of $900.00 to Craig Sokolow for obtaining the EIN for the estate and providing tax related services. A fee of $600.00 to the Law Offices of Conrad J. Benedetto for obtaining letter of administration ad pros and letters of general administration, obtaining the Disclaimer of Interest of Ralph Dean Allen, Jr. and meeting with the Cumberland County Surrogate. The tasks undertaken required several meetings with Christine Allen Parent and Ralph Dean Allen, Jr. Mr. Sokolow charged a flat rate. My office expended over 8 hours of time but charged a flat rate for the services rendered outside of scope of the contingent fee agreement.

LAW OFFICES OF CONRAD J. BENEDETTO

Dated: 3/31/22

_____
Conrad J. Benedetto, Esquire
Attorney for Plaintiffs'

8