# EXHIBIT "A"

## SETTLEMENT OF ALISSA ALLEN

### Costs and Expenses

### Investigation

| | | |
|---|---|---|
| All Point Consulting | | $ 1,638.34 |
| Atlantic City Press | | $ 50.00 |
| City of Millville | | $ 1.50 |
| Russell D'Alonzo | | $ 99.70 |
| Cumberland County | | $ 30.15 |
| | **TOTAL** | **$ 1,819.69** |

Note: Aspects of investigation included interviews of family members and witnesses, background checks of the Decedent, interviews of inmates and former inmates, interviews of corrections officers, research and obtaining records.

### Filing Fees

| | | |
|---|---|---|
| Clerk District Court | | $ 400.00 |
| 3rd Circuit Court of Appeals | | $ 500.00 |
| | **TOTAL** | **$ 900.00** |

### Medical Records

| | | |
|---|---|---|
| South Regional Medical Examiner | | $ 14.00 |
| CIOX | | $ 112.99 |
| | **TOTAL** | **$ 126.99** |

### Service of Process

| | | |
|---|---|---|
| | **TOTAL** | **$ 454.97** |

### Expert Fees

| | | |
|---|---|---|
| Jeffrey A. Schwartz, Ph.D. | | $18,006.25 |
| Dr. Charles Seibert | | $ 2,750.00 |
| Stan V. Smith, Ph.D. | | $ 7,903.50 |
| Lawrence Guzzardi, M.D. | | $14,795.00 |
| David Rudovsky, Esq. | | $ 2,000.00 |
| | **TOTAL** | **$45,454.75** |

### Estate Administration

| | | |
|---|---|---|
| Surrogate Cumberland County Fees | | $ 190.00 |
| Craig Sokolow, LLM in Tax | | $ 900.00 |
| Law Offices of Conrad J. Benedetto | | $ 600.00 |
| | **TOTAL** | **$ 1,690.00** |

### Depositions

| | |
|---|---|
| DiPiero Court Reporting | $ 4,654.19 |
| Wyble Reporting | $ 2,455.78 |
| Degnan & Bateman | $   827.73 |
| Deposition of Stacy Reed* | $   223.62 |
| CSR Associates | $   600.00 |
| **TOTAL** | **$ 8,761.32** |

*Defense Expert's fee and expenses paid by Plaintiff Counsel

### Miscellaneous

| | |
|---|---|
| PNC[1] | $   400.00 |
| Hoffman Law Group[2] | $   300.00 |
| Federal Express | $    91.57 |
| Courier Fees | $   625.00 |
| Postage | $    97.41 |
| Travel Expense | $   305.31 |
| **TOTAL** | **$ 1,818.29** |

### Lien Search

| | |
|---|---|
| Charles Jones Lien Search | $    13.00 |

### Reimbursements

| | |
|---|---|
| Hanken, Sandman, Palladino -prior attorney reimbursed costs | $   396.90 |

**TOTAL COSTS & EXPENES    $61,335.91**

---

[1] The reimbursed costs for PNC Bank were expenses incurred for family matters following the death of Alissa Allen that were advanced by Counsel.

[2] The reimbursed costs for Hoffman Law Group were expenses incurred for family matters following the death of Alissa Allen that were advanced by Counsel.