CONRAD J. BENEDETTO *** 

+   MANAGING ATTORNEY
\*   MEMBER OF PA BAR
\*\*\* MEMBER OF NJ & PA BAR
\*^   MEMBER OF PA & FL BAR

# Benedetto
## LEGAL ASSOCIATES

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

BRUNI DIAZ, PARALEGAL
BDIAZ@CJBLA.COM

1615 South Broad Street
Philadelphia, PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

WWW.BENEDETTOLEGALASSOCIATES.COM

July 13, 2022

**VIA ECOURTS AND EMAIL**
njdnef_donio@njd.uscourts.gov
United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Honorable Ann Marie Donio

RE:    Estates of:                      Case Numbers:

| | |
|---|---|
| Alissa Marie Allen | 1:15-cv-06273 |
| David Hennis | 1:16-cv-04216 |
| Robert Wayne Lewis | 1:16-cv-03503 |
| Jon Leon Watson | 1:16-cv-06578 |

Dear Judge Donio:

    As you are aware, the above captioned matters have settled and we are awaiting your Honor's decision regarding distribution.

    Please be advised earlier this week I was informed that one of Plaintiffs experts is in extremely poor health with a dire prognosis. Accordingly, if your Honor requires additional informatin please let me know as soon as possible.

    Should you have any questions, please do not hesitate to contact me.

Respectfully,

*Conrad J. Benedetto*
CONRAD J. BENEDETTO, ESQUIRE

CJB/bd
\*Dictated but not Read
cc: *VIA ELECTRONIC FILING*
*Stephen Holtzman, Esquire*
*A. Michael Barker, Esquire*