| CONRAD J. BENEDETTO *** | **Benedetto** | CHERRY HILL OFFICE: |
|---|---|---|
| | LEGAL ASSOCIATES | 112 HADDONTOWNE COURT |
| | | SUITE 203 |
| + MANAGING ATTORNEY | | CHERRY HILL, NJ 08034 |
| * MEMBER OF PA BAR | | |
| *** MEMBER OF NJ & PA BAR | | |
| *^ MEMBER OF PA & FL BAR | | BRUNI DIAZ, PARALEGAL |
| | 1615 South Broad Street | BDIAZ@CJBLA.COM |
| | Philadelphia, PA 19148 | |
| | Telephone: (215) 389-1900 | |
| | Facsimile: (215) 271-8910 | |

WWW.BENEDETTOLEGALASSOCIATES.COM

**VIA ECOURTS AND EMAIL**
njdnef_donio@njd.uscourts.gov
United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Honorable Ann Marie Donio

RE:  Estates of:                    Case Numbers:
     Alissa Marie Allen              1:15-cv-06273
     David Hennis                    1:16-cv-04216
     Robert Wayne Lewis              1:16-cv-03503
     Jon Leon Watson                 1:16-cv-06578
     Megan Moore                     1:17-cv-02839
     David Conroy                    1:17-cv-07183

Dear Judge Donio:

As you are aware, I represent Plaintiffs in all of the above referenced matters.

Plaintiffs last submitted for the Court's review all deposition and expert witness invoices on August 5, 2022.

Most if not all of the clients, on numerous occasions have been inquiring when they can expect distribution of their respective settlement proceeds. I have advised I am anticipating the Court's instruction regarding the distributions.

Please advise if there is anything you may need to complete your review, which perhaps inadvertently was overlooked by my office in providing that will assist with these matters.

Should you have any questions, please do not hesitate to contact me at your earliest convenience.

Respectfully Submitted,

*Conrad J. Benedetto*

Conrad J. Benedetto, Esquire

CJB/nb
*Dictated but not Read
cc: *VIA ELECTRONIC FILING*
*Stephen Holtzman, Esquire*
*A.Michael Barker, Esquire*