CONRAD J. BENEDETTO ***

+ MANAGING ATTORNEY
\* MEMBER OF PA BAR
\*\*\* MEMBER OF NJ & PA BAR
\*^ MEMBER OF PA & FL BAR

# Benedetto
LEGAL ASSOCIATES

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

1615 South Broad Street
Philadelphia, PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

MICHELLE STRAMPELLO, PARALEGAL
STRAMPELLOCJBLAW@GMAIL.COM

WWW.BENEDETTOLEGALASSOCIATES.COM

November 29, 2022

njdnef_donio@njd.uscourts.gov
United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Honorable Ann Marie Donio

RE:
| | |
|---|---|
| Estate of Alissa Marie Allen, et al vs. Cumberland County, et al | 1:15-cv-06273 |
| Estate of David Hennis, et al vs. Cumberland County, et al | 1:16-cv-04216 |
| Estate of Robert Wayne Lewis, et al vs. Cumberland County, et al | 1:16-cv-03503 |
| Estate of Jon Leon Watson, et al vs. Cumberland County, et al | 1:16-cv-06578 |
| Estate of Megan Moore, et al vs. Cumberland County, et al | 1:17-cv-02839 |
| Estate of David Conroy, et al vs. Cumberland County, et al | 1:17-cv-07183 |

Dear Judge Donio:

Please accept this correspondence as Plaintiffs' submission of explanation regarding the issue raised by the Court concerning the appointments of the administrators ad pros and timing of the appointments of general administrators for each of the listed estates and whether the respective administrators ad pros at times during the pendencies of the relevant civil actions had authority to accept settlements.

According to the Surrogate of Cumberland County an administrator ad pros is appointed for litigation purposes and has authority to make decisions on behalf of the estate regarding the litigation, including settlement.

Regarding the six (6) subject jail suicides, the estates of the decedents had no assets when suit was initiated for each case. As such, the appointments of general administrators were not necessary because the estates had no assets identified to distribute

Page -2-
The Honorable, Ann Marie Donio
November 29, 2022

      Once the settlements were accepted by the ad pros administrators, the assets of each estate were identified and hence, it was time for the appointments of the general administrators because an ad pros administrator is merely the conduit through which a recovery passes to the estate.

      At all times relevant to these matters, counsel prepared and delivered all documents required by the Surrogate of Cumberland County to have the appropriate administrators ad pros and general administrators appointed at the appropriate times in compliance with New Jersey's Statutes governing the administration of estates upon death by wrongful act.

      Respectfully Submitted,

      CONRAD J. BENDETTO

CJB/mb
cc: *VIA ELECTRONIC FILING*
*Stephen Holtzman, Esquire*
*A.Michael Barker, Esquire*