CONRAD J. BENEDETTO ***

+   MANAGING ATTORNEY
*   MEMBER OF PA BAR
*** MEMBER OF NJ & PA BAR
*^  MEMBER OF PA & FL BAR

# Benedetto
## LEGAL ASSOCIATES

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

MICHELLE STRAMPELLO, PARALEGAL
STRAMPELLOCJBLAW@GMAIL.COM

**1615 South Broad Street**
**Philadelphia, PA 19148**
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

WWW.BENEDETTOLEGALASSOCIATES.COM

December 15, 2022

*VIA EMAIL:* njdnef_donio@njd.uscourts.gov & Electronic Filing
United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
**Attn: Honorable Ann Marie Donio**

RE:

| | |
|---|---|
| Estate of Alissa Marie Allen, et al vs. Cumberland County, et al | 1:15-cv-06273 |
| Estate of David Hennis, et al vs. Cumberland County, et al | 1:16-cv-04216 |
| Estate of Robert Wayne Lewis, et al vs. Cumberland County, et al | 1:16-cv-03503 |
| Estate of Jon Leon Watson, et al vs. Cumberland County, et al | 1:16-cv-06578 |
| Estate of Megan Moore, et al vs. Cumberland County, et al | 1:17-cv-02839 |
| Estate of David Conroy, et al vs. Cumberland County, et al | 1:17-cv-07183 |

Dear Judge Donio:

Plaintiffs believe all Affidavits, Certifications and supporting documents now have been filed with the Court with respect to the above entitled matters.

As previously reported, the settlements in all matters were allocated to Wrongful Death damages resulting from the suicides of each victim in the relevant respective cases. This decision was made after meetings with the Cumberland County Surrogate's office, and letters of the Surrogate addressing this issue have been provided. As such, counsel believe the allocations are made in the best interests of the heirs of the victims of these tragic suicides.

Collectively, the families of the victims are anxious to bring closure to all of these matters. If the Court is in need of additional information, we welcome the Court's direction accordingly.

Respectfully Submitted,

CONRAD J. BENEDETTO

CJB/mb
*Stephen Holtzman, Esquire (via E-filing) AND A Michael Barker, Esquire (via E-Filing)*